AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 14, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MARK COX, individually; ESTATE OF SUSAN A. COX by and through Personal Representative Mark Cox; SUSAN A. COX by and through Mark Cox, *Plaintiff* <br> v. <br> GRITMAN MEDICAL CENTER; GRITMAN MEDICAL CENTER d/b/a/ MOSCOW FAMILY MEDICINE; PATRICIA N. MARCIANO, M.D., TODD BLEDSOE, PA-C, and OTHERS TBD, *Defendant* | Civil Action No. 2:23-cv-00031-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiffs' Motion to Supplement the Record, ECF No. 58, is DENIED.
Defendant Gritman's Motion to Dismiss, ECF No. 17, is GRANTED.
Defendant Marciano's Motion to Dismiss, ECF No. 23, which Defendant Bledsoe has joined, is GRANTED.
This case is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke  on a motions to Dismiss.

Date:  3/14/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*
Lee Reams